782 A.2d 508

COMMONWEALTH of Pennsylvania, Appellee,

v.

Melissa A. ASKINS, Appellant.

Supreme Court of Pennsylvania.

Submitted July 3, 2001.

Decided Sept. 26, 2001.

■

■

## *ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.